# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IRIS JANE GROSS, | |
| Plaintiff, | 2:11-cv -1602 -ECR-VCF |
| vs. | **ORDER** |
| HOUSING AUTHORITY OF THE CITY OF LAS VEGAS, *et al.*, | |
| Defendants. | |

    Before the Court is Defendants' Request to Extend Time Set for Early Neutral Evaluation Session (#14). Plaintiff Iris Jane Gross has informed the Court that due to her recent eye surgery, she has vision problems and is unable to read clearly. She will need a few more weeks to recover from the eye surgery.

    IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for July 12, 2012 is hereby vacated and shall be rescheduled at a later time.

    DATED this 25th day of June, 2012.

                                                       _____
                                                       CAM FERENBACH
                                                       UNITED STATES MAGISTRATE JUDGE