1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9   IRIS JANE GROSS,                         )
                                              )
10               Plaintiff,                   )        2:11-cv-1602-JCM-CWH
                                              )
11  vs.                                       )        **ORDER**
                                              )
12  HOUSING AUTHORITY OF THE CITY             )
    OF LAS VEGAS, *et al.*,                   )
13                                            )
                                              )
14               Defendants.                  )
    _____)

15

16          This matter is before the Court on Plaintiff's Motion for Stay of Discovery (#33), filed

    November 8, 2013.  The motion is moot as it has already been considered.  The request to stay and
17
    precise arguments in support thereof were made by oral motion during the November 8, 2013 hearing.
18
    Both the Federal Rules and Local Rules permit a motion to be made orally during hearing.  *See* Fed. R.
19
    Civ. P. 7(b)(1)(A); *see also* LR 7-2(a).  This particular motion has already been considered and denied.
20
    Accordingly,
21
            **IT IS HEREBY ORDERED** that Plaintiff's Motion for Stay of Discovery (#33) is **denied as**
22
    **moot**.
23
            Dated: November 14, 2013.
24

25                                                  _____

26                                                  C.W. HOFFMAN, JR.
                                                    UNITED STATES MAGISTRATE JUDGE
27

28