# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IRIS JANE GROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01602-JCM-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HOUSING AUTHORITY OF CITY LAS VEGAS, *et al*., | ) ) ) | |
| Defendants. | ) | |

The parties submitted a Stipulated Protective Order (#55), which the Court reviewed and entered. This order modifies the parties' stipulated protective order with respect to the sealing of documents. The protective order was approved to facilitate the parties' discovery exchanges. However, the parties have not made an individualized showing that a protective order is necessary to protect their secret or other confidential information or established that disclosure would cause an identifiable, significant harm. Any party that seeks to submit documents under seal in this case must do so consistent with the procedural requirements set forth in Local Rule 10-5(b). Additionally, any request to submit documents under seal must comply with the requirements set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) and its progeny.

**IT IS SO ORDERED**.

Dated: April 8, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge