UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IRIS JANE GROSS,  )
                          Plaintiff,  )   Case No. 2:11-cv-01602-JCM-CWH
)
vs.  )   **ORDER**
)
HOUSING AUTHORITY OF CITY  )
LAS VEGAS, *et al*.,  )
)
                        Defendants.  )

      This matter is before the Court on Plaintiff's Motion to Continue (#66) and Motion to Extend Time (#67), both filed on April 30, 2014; and Defendants' Responses (#69) and (#70), both filed May 1, 2014. Plaintiff requests that the status hearing, currently scheduled for May 5, 2014, be vacated. She further requests additional time to respond to Defendants' pending motion to compel (#60). Defendants oppose both requests.

      The Court has reviewed the motions and is concerned by the lack of civility recognizable throughout. The Court has ordered the parties, on multiple occasions, to meet and confer and make a good faith effort to resolve the discovery disputes. Even so, it appears that any attempt to conduct a meaningful meet and confer has been short-circuited, or worse, sabotaged, by the parties' refusal or inability to maintain civil communication and work through the discovery issues. The Court is not inclined to conduct another discovery hearing absent a robust, meaningful meet and confer between the parties. According,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue (#66) is **granted**. The Status Hearing currently scheduled for May 5, 2014 is **vacated**. It will be rescheduled at a later time, if necessary.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time (#67) is **granted in part and denied in part**. Plaintiff's response to Defendant's motion to compel (#60) shall be filed

not later than **Tuesday, May 13, 2014**.  Any reply shall be filed by **12:00 PM on Thursday, May 15, 2014**.

    **IT IS FURTHER ORDERED** that **Plaintiff** shall initiate and participate in a meet and confer with Defendants' counsel regarding all outstanding discovery issues, including Defendants' motion to compel (#60).  The meet and confer between the parties shall be completed not later than **Thursday, May 8, 2014**.

    **IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report not later than **4:00 PM on Thursday, May 15, 2014**, regarding the parties meet and confer efforts.  The Report **shall** include a detailed breakdown of each individual discovery dispute and the agreed resolution for each.  If the parties are unable to resolve any discovery dispute during the meet and confer, the Report **shall** include a detailed breakdown of each individual discovery request or dispute that remains unresolved, the parties respective positions on the discovery at issue, and the parties proposed resolution for each individual discovery request or dispute that remains unresolved.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Compel (#60) is hereby scheduled for oral argument on **Friday, May 16, 2014 at 2:30 PM in LV Courtroom 3C before the undersigned United States Magistrate Judge, C.W. Hoffman, Jr.**

    **IT IS FURTHER ORDERED** that, absent extraordinary circumstances, the Court will not consider any motion, stipulation, or other proposal to extend or otherwise alter any date set forth herein.

    **IT IS FURTHER ORDERED** that in addition to any potential sanction under Rule 37(a) on Defendants' Motion to Compel (#60), the parties are expressly warned that any failure to comply with the requirements set forth in this order **will** result in sanctions under, *inter alia*, Local Rule IA 4-1 and Fed. R. Civ. P. 16.

Dated: May 2, 2014

_____
C.W. Hoffman, Jr.
United States Magistrate Judge