UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRIS JANE GROSS, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01602-JCM-CWH |
| vs. | ) **ORDER** |
| HOUSING AUTHORITY OF CITY LAS VEGAS, *et al.*, | ) |
| Defendants. | ) |

     This matter is before the Court on Defendant's Renewed Motion to Compel Compliance with Subpoena (#181), filed November 20, 2014.  Defendant seeks an order compelling Nevada State Welfare to provide certain information pursuant to a subpoena issued under Fed. R. Civ. P. 45.  The motion is not opposed by either Plaintiff or the entity to which it is directed.  "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  *See* Local Rule 7-2(d).  Accordingly,

     **IT IS HEREBY ORDERED** that Defendant's Renewed Motion to Compel Compliance with Subpoena (#181) is **granted**.

     **IT IS FURTHER ORDERED** that the Clerk shall terminate Defendant's Motion (#180), which is duplicative of Motion (#181).

     Dated: December 10, 2014.

                                                                             _____
                                                                             C.W. Hoffman, Jr.
                                                                             United States Magistrate Judge