AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Iris Jane Gross,

              Plaintiff,

V.

Housing Authority of the City of Las Vegas,

              Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01602-JCM-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment has been entered in favor of defendant Housing Authority of the City of Las Vegas and against plaintiff Iris Jane Gross.

December 11, 2014                                                  /s/ Lance S. Wilson

Date                                                                 Clerk

                                                                                   /s/ Summer Rivera

                                                                              (By) Deputy Clerk